UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ORTHOPEDIC REHAB SPECIALITY CLINICS,
INC.; PROFESSIONAL MASSAGE SERVICES,
INC.; and ORTHOPEDIC REHAB SPECIALITY
CLINICS, INC. and PROFESSIONAL MASSAGE
SERVICES, INC., as Assignees for A1-A140,

    Plaintiffs,

v.                                                                       CASE NO. 3:02-cv-824-J-16MMH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,

    Defendants/Counter-Plaintiffs,

v.

ORTHOPEDIC REHAB SPECIALITY CLINICS, INC.;
PROFESSIONAL MASSAGE SERVICES, INC.;
PROFESSIONAL DIAGNOSTICS OF NORTH FLORIDA,
INC.; PAUL SHIRLEY; RICHARD POLISNER; WILLIAM
TARBART; STEPHEN HICKEY and SHAHRIAR
NABIZEDEH,

    Counter-Defendants.
_____/

## O R D E R

Before the Court is the Joint Motion of Defendants/Counter-Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively referred to as "State Farm") and Counter-Defendants Paul Shirley, Richard Polisner and William Tarbart, to Vacate Judgment of November 18, 2004 as to and Against Paul Shirley, Richard Polisner and William Tarbart (Dkt. 662). The same parties contemporaneously filed a Joint Motion to Stay Ruling on the Motion to Vacate Judgment (Dkt. 663). These parties are seeking the Court to stay and delay ruling for ninety-one (91) days on the parties' Joint Motion to Vacate Judgment of November 18, 2004 as to and Against Paul

Shirley, Richard Polisner and William Tarbart (Dkt. 662). The Motion to Stay (Dkt. 663) specifically outlines that while these parties have reached an amicable resolution to this suit, "by operation of law that cannot be controlled or waived by the parties, the amicable resolution. . .cannot fully and unequivocally be made certain for a period of ninety-one days from the date of filing this motion and the motion to vacate judgment." (Dkt. 663 at 2-3).

After thoroughly considering these arguments, the Joint Motion to Stay Ruling on the Motion to Vacate Judgment (Dkt. 663) is hereby **GRANTED.** The Court will delay ruling upon the parties' Joint Motion to Vacate Judgment (Dkt. 662) until February 8, 2006.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of November, 2005.

JOHN H. MOORE II
United States District Judge

Copies to: Counsel of Record